UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: **William Allen Kerton**  CHAPTER 13
 Case No. 13-45943
 Judge Tucker
                    Debtor(s).
_____/

ORDER CONFIRMING PLAN

    The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.
    Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.
    IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3.000.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,000.00 shall be paid by the Trustee as an administrative expense of this case.
    IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.
    All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.
    IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]
☐ The Debtor's Plan shall continue for no less than _____ months.

| Approved: | Objections Withdrawn: | Approved: |
|---|---|---|
| **/s/TAMMY L. TERRY**<br>TAMMY L. TERRY (P46254)<br>KIMBERLY SHORTER-SIEBERT (P49608)<br>MARILYN R. SOMERS-KANTZER (P52488)<br>Chapter 13 Trustee<br>535 Griswold Street<br>2100 Buhl Building<br>Detroit, MI 48226<br>313-967-9857 | /s/ Kimberly Lubinski<br><br>Butler, Butler and Rowse-Oberle, PLLC.<br>Attorney for Chief Financial Credit Union | /s/Christopher McAvoy<br>Christopher McAvoy (P56093)<br>Omar M. Badr (P70966)<br>20155 Goddard<br>Taylor, MI 48180<br>313-291-0240<br>cmcavoyesq@hotmail.com |

.

**Signed on July 03, 2013**

                                                                                 /s/ Thomas J. Tucker
                                                                                 Thomas J. Tucker
                                                                                 United States Bankruptcy Judge